IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

TROY R. GRUNDMEYER and                          10-CV-1385-BR
AURORA GRUNDMEYER,

                                                 JUDGMENT
                    Plaintiffs,                  OF DISMISSAL

v.


MARYLAND CASUALTY COMPANY,


                    Defendant.


        Pursuant to the Stipulation of Dismissal with prejudice (#10) filed by Defendant, Maryland

Casualty Company, on January 5, 2011, IT IS HEREBY ORDERED that this action is **DISMISSED**

with prejudice, and without costs or attorney's fees to any party.

        DATED this _____ day of January, 2011.


                                    _____
                                    ANNA J. BROWN
                                    United States District Judge


JUDGMENT OF DISMISSAL